UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61739-CIV-MARRA/LYNCH

SHARI BERNKLAU,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

_____/

## ORDER OF REMAND AND FINAL JUDGMENT

This matter comes before the Court on the motion of Defendant Michael J. Astrue, Commissioner of Social Security, to reverse the decision of the ALJ and remand this case to the Commissioner under sentence four of 42 U.S.C. § 405(g). The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

The motion is granted and the cause is hereby REVERSED AND REMANDED under Sentence Four of 42 U.S.C. § 405(g) to the Commissioner to conduct further proceedings as follows:

The Commissioner will more fully and accurately discuss and evaluate the evidence pertaining to Plaintiff's mental limitations. In doing so, the ALJ will specifically state his findings with regard to Plaintiff's residual functional capacity (RFC), and set forth his reasons and the evidence relied upon in making these findings. After formulating a complete and specific RFC determination, and if warranted by the expanded findings, the ALJ will utilize a vocational expert to evaluate the impact of Plaintiff's limitations on her potential job base.

This court hereby enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure. THE CLERK SHALL CLOSE THIS CASE. ALL PENDING MOTIONS ARE DENIED AS MOOT.

DONE AND ORDERED in Chambers at Fort Pierce, Florida this 29th day of October, 2008.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

cc:    David I. Mellinger, AUSA
       Adam Neidenberg, Esq.
       Jeffrey J. Leifert, Assistant Regional Counsel-SSA